```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                    Case No. 13-06237-MDF
Joseph Michael Hilker                                                     Chapter 13
Dawn Sue Hilker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk              Page 1 of 1              Date Rcvd: Jul 27, 2016
                              Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4431317       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 27 2016 19:07:18      Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    LSF8 Marter Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS,
               INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Joseph Michael Hilker general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Dawn Sue Hilker general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Mario John Hanyon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME
               LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JOSEPH MICHALE HILKER | : | CASE NO.: 1-13-bk-06237-MDF |
| DAWN SUE HILKER | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| PREMIER BANKCARD, LLC | : | |
| JEFFERSON CAPITAL SYSTEMS,LLC: | | |
| ASSIGNEE | : | |
|     Claimant | : | |

## ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 20 of Premier Bankcard, LLC; Jefferson Capital System, LLC assignee and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 20 of Premier Bankcard, LLC; Jefferson Capital Systems, LLC assignee shall be deemed untimely filed.

By the Court,

*Mary D. France*
Bankruptcy Judge     (JDK)

Dated: July 27, 2016