# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Michael Hilker and Dawn Sue Hilker | BKY. NO. 13-06237 MDF |
| <u>Debtor(s)</u> | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5788

                                   Respectfully submitted,

                                   <u>**/s/ Thomas Puleo**</u>
                                   Thomas Puleo, Esquire
                                   James C. Warmbrodt, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406
                                   Attorney for Movant/Applicant