UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH MICHAEL HILKER
DAWN SUE HILKER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-13-06237-RNO

JOSEPH MICHAEL HILKER
DAWN SUE HILKER

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on March 6, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of March 6, 2017, the Debtor(s) is/are $5018.20 in arrears with a plan payment having last been made on Nov 30, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 6, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH MICHAEL HILKER
DAWN SUE HILKER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

JOSEPH MICHAEL HILKER
DAWN SUE HILKER

CHAPTER 13

CASE NO: 1-13-06237-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on March 6, 2017.

KEITH B. DeARMOND, ESQUIRE
DeARMOND LAW FIRM
18 SOUTH GEORGE STREET, STE 610
YORK, PA 17401-

JOSEPH MICHAEL HILKER
DAWN SUE HILKER
205 PLEASANT VIEW DRIVE
RED LION, PA 17356

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 6, 2017