```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 13-06237-RNO
Joseph Michael Hilker                                               Chapter 13
Dawn Sue Hilker
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh                Page 1 of 2                  Date Rcvd: Mar 07, 2017
                              Form ID: pdf010              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db/jdb         +Joseph Michael Hilker,    Dawn Sue Hilker,    205 Pleasant View Drive,    Red Lion, PA 17356-8805
cr             +LSF8 Master Participation Trust, by Caliber Home L,     14841 Dallas Parkway Suite 300,
                 Dallas, TX 75254-7883
cr             +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
4418396        +ACS Education Services,    501 Bleecker Street,    Utica, NY 13501-2401
4453710        +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4418398        +Anesthesia Associates Of York,     C/O National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
4418399        +Caliber Home Loans,    PO Box 24610,   Oklahoma City, OK 73124-0610
4467921        +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4418400        +Capital One Bank,   PO Box 71083,    Charlotte, NC 28272-1083
4441228         Capital One, N.A.,   PO Box 71083,    Charlotte, NC 28272-1083
4418401        +Comenity - Lane Bryant Retail,    PO Box 659728,    San Antonio, TX 78265-9728
4418402         Department Of Education/Sallie Mae,    PO Box 9633,    Wilkes Barre, PA  18773
4662337         ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
4662338         ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408,   ECMC,    PO BOX 16408,
                 ST. PAUL MN 55116-0408
4418403        +Feature Films For Families,    PO Box 30022,   Salt Lake City, UT 84130-0022
4418404        +Fingerhut,    PO Box 166,   Newark, NJ 07101-0166
4418405        +First Premier Bank,    PO Box 5529,   Sioux Falls, SD 57117-5529
4418406        +Ginny's,    1112 Seventh Avenue,   Monroe, WI 53566-1364
4445164        +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
4418407        +Gordin & Berger,    1760 Market Street, Suite 600,    Philadelphia, PA 19103-4105
4418408         Green Point Credit,    PO Box 969085,   San Diego, CA  92196
4418410        +HSBC Mortgage,    PO Box 5249,   Carol Stream, IL 60197-5249
4418409        +Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
4418411        +Internal Medicine Consultants Of Yo,    1777 Fifth Avenue,    York, PA 17403-2698
4418412        +M&T Bank,   C/O RJM Acquisition, LLC,    575 Underhill Boulevard, Suite 224,
                 Syosset, NY 11791-3416
4418413        +Maryland Customer Service Center,    PO Box 17600,    Baltimore, MD 21297-1600
4418414        +Memorial Hospital,    C/O Commercial Acceptance Company,    2 West Main Street,
                 Shiremanstown, PA 17011-6326
4418416        +Miller DiPietro Associates,    C/O Credit Bureau Of York, Inc.,    33 South Duke Street,
                 York, PA 17401-1401
4500087         Navient Solutions, Inc. Department of Education,     Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
4753668         Navient Solutions, Inc. on behalf of Educational,     Credit Management Corporation,
                 P.O. Box 16408,   St. Paul, MN 55116-0408
4753669         Navient Solutions, Inc. on behalf of Educational,     Credit Management Corporation,
                 P.O. Box 16408,   St. Paul, MN 55116-0408,    Navient Solutions, Inc. on behalf of Edu,
                 Credit Management Corporation
4418417        +Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
4432141        +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
4418419        +Patient First,    PO Box 758941,   Baltimore, MD 21275-8941
4418422        +Quest Diagnostics,    PO Box 740775,   Cincinnati, OH 45274-0775
4418424        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
4445495        +UNIVERSITY OF PENNSYLVANIA, SMALL ANIMAL HOSPITAL,     c/o EDWARD L BERGER, ESQUIRE,
                 GORDIN & BERGER, P.C.,    1760 MARKET ST. STE. 608,    PHILADELPHIA PA 19103-4199
4418425        +University Of Pennsylvania Small An,    3850 Spruce Street,    Philadelphia, PA 19104-4198
4418426        +Verizon, Inc.,   C/O AFNI,    PO Box 3097,   Bloomington, IL 61702-3097
4418428        +WellSpan Medical Group,    C/O Financial Recoveries,    200 East Park Drive, Suite 100,
                 Mt. Laurel, NJ 08054-1297
4427286         Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
4418427        +Wells Fargo Dealer Services,    PO Box 1697,   Winterville, NC 28590-1697
4426155         Wells Fargo on behalf of Education Credit Manageme,     c/o ECMC,   PO Box 16408,
                 St. Paul, MN 55116-0408
4418429        +West Shore EMS,   C/O National Recovery Agency,     2491 Paxton Street,
                 Harrisburg, PA 17111-1036
4418430        +York Hospital,    C/O Financial Recoveries,    200 East Park Drive, Suite 100,
                 Mt. Laurel, NJ 08054-1297
4418431        +York Hospital,    C/O Penn Credit Corp,    916 South Fourteenth Street,
                 Harrisburg, PA 17104-3425
4418432        +Yorkshire Dental Center,    C/O Medical Dental Bureau,    263 East Market Street,
                 York, PA 17403-2029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4418397        +E-mail/Text: girddb@aessuccess.org Mar 07 2017 19:19:14      American Education Services,
                 1200 North Seventh Street,    Harrisburg, PA 17102-1419
4422450         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2017 19:34:19
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4431317        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 07 2017 19:19:40     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-
4478550        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2017 19:24:11
                LVNV Funding, LLC its successors and assigns as,    assignee of Homecomings Financial,
                Network, Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4418415       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2017 19:19:29     Midland Funding, LLC,
                8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
4472969        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2017 19:48:33
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4418420       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2017 19:19:26
                Pennsylvania Department Of Revenue,    Bankruptcy Division,   PO Box 280946,
                Harrisburg, PA 17128-0946
4793840       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 07 2017 19:19:40     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
4443442        E-mail/Text: bnc-quantum@quantum3group.com Mar 07 2017 19:19:17
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
4418421       +E-mail/Text: bkrpt@retrievalmasters.com Mar 07 2017 19:19:29     Quest Diagnostics,
                C/O American Medical Collection Age,    PO Box 1235,   Elmsford, NY 10523-0935
4418423       +E-mail/Text: updates@brennanclark.com Mar 07 2017 19:19:47     Safe Co,
                C/O Brennan & Clark, LTD,   721 East Madison Street,   Villa Park, IL 60181-3084
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
4437746*       Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4445496*      +UNIVERSITY OF PENNSYLVANIA SMALL ANIMAL HOSPITAL,   c/o EDWARD L BERGER ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET ST. STE. 608,   PHILADELPHIA PA 19103-4199
4418418      ##+Orthopedic Surgery Institute, Inc.,   1779 Fifth Avenue,   York, PA 17403-2632
4418433      ##+YTI Career Institute,   401 East Winding Hill Road,   Mechanicsburg, PA 17055-4925
                                                                                    TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    LSF8 Marter Participation Trust pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS,
               INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Joseph Michael Hilker general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Joint Debtor Dawn Sue Hilker general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Mario John Hanyon    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME
               LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
               Inc. , solely in its capacity as servicer tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **JOSEPH MICHAEL HILKER**<br>**DAWN SUE HILKER**<br>Debtor(s)<br><br>**CHARLES J DEHART, III (TRUSTEE)**<br>Movant(s)<br>vs.<br><br>**JOSEPH MICHAEL HILKER**<br>**DAWN SUE HILKER**<br>Respondent(s) | Chapter: 13<br><br>Case Number: 1:13-bk-06237-RNO |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 7, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

MDPA-Dismiss Case.WPT - REV 01/15